THE STATE OF IOWA, Appellee, v. O. S. PFLEAJOR, Appellant.

THE STATE OF IOWA, Appellee, v. J. N. CALDWELL, Appellant.

**Intoxicating Liquors:** INTERSTATE COMMERCE : CONSTITUTIONALITY OF ACTS.

*Appeals from Polk District Court.*

WEDNESDAY, OCTOBER 29, 1890.

THE defendants in each of the above entitled causes were tried and convicted upon a charge of illegally carrying and transporting intoxicating liquors, and they appeal.

*Cole, McVey & Clark,* for appellants.

*John Y. Stone,* Attorney General, for the State.

PER CURIAM.—These causes involve the identical questions determined by the supreme court of the United States in the case of *Leisey v. Hardin,* 19 Sup. Ct. Rep. 681. Following that case, the judgments of the district court must be REVERSED.

---

THE STATE OF IOWA, Appellee, v. GEO. J. HUGHLAN, Appellant.

**Appeal:** NOTICE : PRACTICE.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

WEDNESDAY, OCTOBER 29, 1890.

ROBINSON, J.—Defendant appears to have been convicted of the crime of owning and keeping intoxicating liquors for sale in violation of law. The case is submitted in this court on a partial transcript of the record. A paper which is alleged to be a copy of the notice of appeal is set out in the transcript, but it is not shown that any notice of appeal was ever served. The cause is, therefore, DISMISSED.